UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF STEPHEN INGLE, *et al.*, | Case No. 1:25-cv-00377-JLT-CDB |
| Plaintiffs, | ORDER DISCHARGING APRIL 2, 2025, ORDER TO SHOW CAUSE |
| v. | (Docs. 6, 8) |
| KERN COUNTY HOSPITAL AUTHORITY, | |
| Defendant. | |

On March 28, 2025, Plaintiffs Estate of Stephen Ingle, through successor in interest C.R.I. and *guardian ad litem* Elizabeth Leal, and C.R.I., individually (collectively, "Plaintiffs"), initiated this action with the filing of a complaint against Defendant Kern County Hospital Authority ("Defendant" or "KHCA"). (Doc. 1). On April 2, 2025, the Court ordered Plaintiffs to show cause in writing why this action should not be dismissed as duplicative of an earlier-filed consolidated action before the undersigned, 1:24-cv-00423-CDB ("*Ingle I*"). (Doc. 6). The Court noted that, based upon review of the complaint here and in the *Ingle I* action and the substantially similar facts and similar causes of action alleged therein, it was unclear why Plaintiffs did not simply amend their complaint in the earlier-filed *Ingle I* action to include Kern County Hospital Authority as an additional co-Defendant in that action. (*Id.* at 1-2).

Pending before the Court is Plaintiffs' response to the Court's order to show cause, timely filed on April 9, 2025. (Doc. 8). Plaintiffs state that, on March 4, 2025, the parties met and

conferred regarding the deadline to file a motion to amend the pleadings in *Estate of Ingle, et al. v. County of Kern, et al.*, Case No. 1:24-cv-00463-KES-CDB.[1] Plaintiffs provide that, during this conference, "Plaintiffs requested the medical records of decedent Stephen Ingle, who was incarcerated at the Kern County Jail, Central Receiving Facility, for the purpose of identifying medical staff involved in his care and naming them in a [s]econd [a]mended [c]omplaint." (*Id.* at 2).

Plaintiffs aver that Defendants, at the time, advised that the medical staff were likely employees of KCHA, a separate entity which was not yet named in *Ingle I*, and that KCHA possessed the relevant medical records. Plaintiffs state that they then made "multiple efforts to obtain Mr. Ingle's medical records by contacting KCHA's counsel between March 5th and March 24th." (*Id.* at 3; citations omitted). Plaintiffs provide that, on March 31, 2025, they were informed that a subpoena would be necessary to obtain the records. Plaintiffs aver that they "promptly issued and served a subpoena on April 2, 2025"; however, despite this, the records have not yet been received and, therefore, Plaintiffs cannot identify the individual KCHA medical staff who should be named as defendants in *Ingle I*. (*Id.* at 2-3).

Plaintiffs provide that, due to the impending deadline to amend the pleadings and in order to preserve their claims, they filed the instant action naming KCHA as Defendant as a protective measure to avoid forfeiture of claims while continuing efforts to obtain discovery and identify relevant parties. Plaintiffs represent that they intend to seek consolidation of this matter with *Ingle I* once necessary records are obtained and the amended complaint can be filed, noting the amendment deadline of May 5, 2025, in *Ingle I*. (*Id.* at 3). Plaintiffs attach to their response email exchanges between their office and counsel for KCHA, evidencing requests for records beginning on March 5, 2025, until March 24, 2025, and advisement by counsel for KCHA regarding a subpoena as the optimal method on March 31, 2025. (*See* Doc. 8-1).

In light of Plaintiffs' timely response to the order to show cause, and representation of Plaintiffs' intent to move to consolidate this action with the *Ingle I* action, the Court's April 2,

---

[1] As *Estate of Ingle, et al. v. County of Kern, et al.*, Case No. 1:24-cv-00463-KES-CDB, is closed after consolidation with *Ingle I*, the Court presumes Plaintiffs intended to refer to amendment of the pleadings in *Ingle I*.

2025, order to show cause (Doc. 6) is discharged.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that the Court's April 2, 2025, order to show cause (Doc. 6) is DISCHARGED.

IT IS SO ORDERED.

Dated:  **April 17, 2025**

UNITED STATES MAGISTRATE JUDGE